# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| v. | No. 20-cr-00045 |
| **ABDUR RAHIM ISLAM** <br> **SHAHIED DAWAN** <br> **KENYATTA JOHNSON** <br> **DAWN CHAVOUS** <br>           Defendants. | |

**McHUGH, J.**                                                                                         **January 29, 2021**

## ORDER

This 29th day of January 2021, for the reasons in the accompanying Memorandum, it is hereby **ORDERED** that Defendant's Motion for a Bill of Particulars (ECF 49) is **DENIED.**

/s/ Gerald Austin McHugh
United States District Judge