**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : :  : **CRIMINAL ACTION**  : No. 20-cr-00045  **v.** : : **ABDUR RAHIM ISLAM** : **SHAHIED DAWAN** : **KENYATTA JOHNSON** : **DAWN CHAVOUS** : **Defendants.** : | |

**McHUGH, J.**                                                                                                             **January 29, 2021**

## ORDER

This 29th day of January 2021, for the reasons in the accompanying Memorandum, it is hereby **ORDERED** that Defendants' Joint Motion for Severance (ECF 46) is **GRANTED**. Counts Nine and Ten of the Indictment (ECF 1) are severed from the remaining counts and will be tried separately.

/s/ Gerald Austin McHugh
United States District Judge