# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| | : | |
| | : | **No. 20-cr-00045** |
| v. | : | |
| | : | |
| **ABDUR RAHIM ISLAM,** | : | |
| **SHAHIED DAWAN,** | : | |
| **KENYATTA JOHNSON, and** | : | |
| **DAWN CHAVOUS** | : | |
|                    **Defendants.** | : | |

**McHugh, J.**                                                                                                                          **January 29, 2021**

## ORDER

This 29th day of January 2021, for the reasons in the accompanying Memorandum, it is hereby **ORDERED** that Defendant's Motion to Strike Surplusage (ECF 50) is **DENIED** without prejudice. Defendant may renew this Motion as necessary if the issue becomes relevant at trial.

                                                                                      /s/ Gerald Austin McHugh
                                                                                      United States District Judge