IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL ACTION** |
| | : | No. 20-cr-00045 |
| v. | : | |
| | : | |
| **ABDUR RAHIM ISLAM** | : | |
| **SHAHIED DAWAN** | : | |
| **KENYATTA JOHNSON** | : | |
| **DAWN CHAVOUS** | : | |
| Defendants. | : | |

## ORDER

This 15th day of March, 2021, it is hereby **ORDERED** that Defendant Abdur Rahim Islam's Motion for Joinder in the Motion to Compel Jury Instructions (ECF 84) is **DENIED as MOOT**. Defendants Islam and Dawan were automatically included by this Court in my review of the grand jury instructions produced by the government. Defendants Johnson's and Chavous's Motion to Dismiss, premised partially on review of those instructions, has been denied, and Mr. Islam's motion is therefore moot.

/s/ Gerald Austin McHugh
United States District Judge