

faegredrinker.com

**Barry Gross**
Senior Counsel
barry.gross@faegredrinker.com
215-988-2872 direct

**Faegre Drinker Biddle & Reath** LLP
One Logan Square, Suite 2000
Philadelphia, Pennsylvania 19103
+1 215 988 2700 main
+1 215 988 2757 fax

April 11, 2022

**VIA CM/ECF**

Honorable Gerald A. McHugh
James A. Byrne United States Courthouse
601 Market Street
Philadelphia, PA 19106

   **Re:** *United States v. Islam, et al.*, **Crim. No. 20-45**

Dear Judge McHugh:

  My firm represents Defendant Dawn Chavous in the above-referenced matter. On March 23, 2022, I sent the attached letter brief to the Court via electronic mail to preclude the Government from eliciting testimony regarding my statements during a meeting in April 2017. Although the Court has already ruled on the motion, we submit it again now as Exhibit 1 solely for the purpose of filing it on the public docket.

Respectfully,

*/s/ Barry Gross*
Barry Gross
Senior Counsel

cc:  All counsel of record