IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ABDUR RAHIM ISLAM<br>SHAHIED DAWAN<br>KENYATTA JOHNSON<br>DAWN CHAVOUS | No. 2:20-CR-00045-GAM<br><br>Honorable: Gerald Austin McHugh |

**DEFENDANT DAWN CHAVOUS'S MOTION TO JOIN
DEFENDANT KENYATTA JOHNSON'S SUBMISSION REGARDING
<u>JURY QUESTION ON FRAUD BY OMISSION</u>**

Defendant Dawn Chavous, by and through her undersigned counsel, respectfully joins in Defendant Kenyatta Johnson's Submission Regarding Jury Question on Fraud by Omission (ECF No. 297), filed on April 15, 2022.

|   |   |
|---|---|
| | Respectfully submitted, |
| Dated: April 15, 2022 | */s/ Elizabeth M. Casey*<br>Barry Gross<br>Elizabeth M. Casey<br>Henry M. Grabbe<br>FAEGRE DRINKER<br>BIDDLE & REATH LLP<br>One Logan Square, Ste. 2000<br>Philadelphia, PA 19103-6996<br>Telephone: (215) 988-2700<br>Facsimile: (215) 988-2757<br><br>*Attorneys for Defendant Dawn Chavous* |

**CERTIFICATE OF SERVICE**

      I, Elizabeth M. Casey, hereby certify that on this day I caused a true and correct copy of the foregoing to be filed electronically with the Case Management/Electronic Case Filing System ("CM/ECF") for the Federal Judiciary.  Notice of this filing will be sent to all parties by operation of the Notice of Electronic Filing system, and the parties to this action may access this filing through CM/ECF.

Dated:  April 15, 2022                                 */s/ Elizabeth M. Casey*
                                                              Elizabeth M. Casey